**Motion Granted; Judgment Vacated and Remanded and Memorandum Opinion filed October 6, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00453-CV

## IN THE MATTER OF THE MARRIAGE OF JACQUELINE P. LEIJA AND MOISES LEIJA

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2014-28541**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 14, 2014. On September 25, 2015, the parties filed a joint motion to set aside or vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed November 14, 2014, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Donovan.